IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-00246-01-CR-W-HFS |
| LEE M. MILLER, | ) ) ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

On April 10, 2023, Defendant was ordered to undergo a competency evaluation. (Doc. 23) Defendant was examined by Kristen M. McDaniel, Psy.D., who prepared a report dated July 6, 2023. (Doc. 29) The report stated,

> [I]t is the opinion of these examiners that the defendant is currently suffering from a mental disease . . . a condition that significantly impairs his ability to have a rational and factual understanding of the proceedings against him and properly assist in his defense. His current presentation and thought process suggest substantial deficits in his rational understanding of the legal proceedings and insufficient ability to consult with counsel. His delusional thought content flowing from an underlying mental disorder is significantly impairing Mr. Miller's competence-related abilities.

Dr. McDaniel further stated, "Should the Court determine that Mr. Miller is incompetent to proceed, it is recommended that the defendant is committed for treatment under the provisions of Title 18 U.S.C. § 4241(d) to receive inpatient competency restoration services and that his competence to proceed is reevaluated within the timeframe outlined in the statute. The commitment period would allow for mental health treatment to assist Mr. Miller in gaining improvement in his condition."

A competency hearing was held on July 18, 2023. The government was represented by

1

Case 4:22-cr-00246-HFS    Document 36    Filed 07/21/23    Page 1 of 2

Assistant United States Attorney Brandon Gibson. Defendant appeared in person with appointed attorney Chelsea Wilson. The parties stipulated to the contents and findings of Dr. McDaniel's report (Tr., Doc. 35, at p. 3). No additional evidence was presented.

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that Defendant is not competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant incompetent to stand trial and to assist in his defense. It is further

RECOMMENDED that the court commit Defendant to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE
