# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-00246-01-CR-W-HFS |
| LEE M. MILLER, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On August 17, 2023, the Court ordered Defendant be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). (Docs. 39, 40) Defendant has returned from the Metropolitan Correctional Center, and the Court has received a report from Drew J. Miller, Ph.D., dated April 29, 2024, in which he opined Defendant is competent to proceed. (Doc. 41) The Warden has also issued a Certification of Restoration of Competency to Stand Trial. (Docs. 41, 42)

A competency hearing was held on May 22, 2024. The Government was represented by Assistant United States Attorney Brandon Gibson. Defendant was present, represented by Assistant Federal Public Defender Bill Raymond. The parties stipulated to the content and findings of Dr. Miller in his report as reflected in the Transcript at Doc. 45. No additional evidence was presented. The Court finds by a preponderance of the evidence that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, it is

**RECOMMENDED** that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent to proceed.

Date: May 23, 2024                                     /s/ *Jill A. Morris*
                                                                    JILL A. MORRIS
                                                     UNITED STATES MAGISTRATE JUDGE